THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re

STEVEN K RANDLE,

Debtor.

CHAPTER 13

CASE NO. 2-22-BK-02314-DPC

**AMENDED STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN**

    This Amended Stipulated Order is provided for the purpose of correcting the conduit mortgage payment start date.

    **IT IS ORDERED** correcting paragraph (2)(b) Claims Secured by Real Property in the Stipulated Order Confirming Chapter 13 Plan as follows:

    (2) <u>Claims Secured by Real Property</u>:

    (b) Conduit mortgage payments shall be paid by the Trustee beginning in Month 1 of the Plan for the mortgage payment due to the Creditor for May 2022 the conduit payment shall be paid by the Trustee for the duration of the Plan unless otherwise ordered. For any month when the balance on hand in Debtor's account is insufficient to allow disbursement of the conduit payment and any adequate protection payments on personal property that have become due, the amount due for that month will be paid to the creditor on the next disbursement date when the Debtor's account balance has sufficient funds to pay a full conduit payment.

- 1 -

In re: Randle
Case No. 2-22-BK-02314-DPC

All other provisions shall remain in effect as per the Stipulated Order Confirming Chapter 13 plan signed on December 30, 2022.

_____
Tom McAvity
Attorney for Debtor

_____
Russell Brown, Trustee

Rachel Flinn
2023.02.10
09:37:50
-07'00'

- 2 -

In re: Randle
Case No. 2-22-BK-02314-DPC